No. 00–5775.  SIMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–5776.  CORDER v. PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–5777.  ENNIS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–5780.  CLEFF v. BROYLES, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–5802.  SAILLE v. CLARKE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–5822.  DIGGS v. MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 00–5846.  TURNER v. NEWLAND, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5850.  NANCE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 00–5892.  KOYNOK v. FIRST UNION MANAGEMENT.  Super. Ct. Pa.  Certiorari denied.

No. 00–5911.  DUNCAN v. BOOKER, SUPERINTENDENT, MISSISSIPPI PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 00–5953.  SHERIDAN v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–5962.  SHARP v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5972.  JAVIER PIMENTEL v. DUNCAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5975.  STINER v. POULAN WEEDEATER.  C. A. 8th Cir.  Certiorari denied.

No. 00–5979.  HERNANDEZ-RAMIREZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.